# IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

### SHERMAN DIVISION

**DATE:** 4/15/2025

| **CHIEF DISTRICT JUDGE** Amos L. Mazzant, III | **COURT REPORTER:** Chris Bickham  **COURTROOM DEPUTY:** Keary Conrad |
|---|---|
| United States of America<br><br>v.<br><br>Edward Walsh Vaughan (1)<br>Hadi Akkad (2) | 4:22CR162 |

| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |
|---|---|
| AUSAs Anand Varadarajan, Heather Rattan, GR Jackson, Lesley Brooks | John D. Cline, Joseph D. Brown, Samuel Ford (1)<br><br>David B. Gerger, Catherine Stanley, Heather Peterson, Jeff Kearney (2) |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Jury Trial Day 10 |
|---|---|
| 9:00 a.m. | Jury assembled and begin deliberations. |
| 9:16 a.m. | Court re-convened. Court has received juror note #3. Court will arrange for lunch to be brought in. Counsel will take lunch from 12-1. |
| 9:28 a.m. | Court in recess pending note or verdict. |
| 11:04 a.m. | Court re-convenes. Court received juror note #4. Counsel agree to response. Court recess pending note or verdict. |
| 4:24 p.m. | Court re-convenes. Court received juror note #5. Counsel agree to response. Court recess pending note or verdict. If 5:00 pm is reached, we will re-convene tomorrow at 9:00 a.m. |
| 4:25 p.m. | Court adjourned. |

DAVID O'TOOLE, CLERK

BY: *Keary Conrad*
Courtroom Deputy Clerk